IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN L. ROMANSKY,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:CV-09-01472 |
| | : | |
| v. | : | **(Judge Rambo)** |
| | : | |
| **LOUIS S. FOLINO,** *et al.*, | : | |
| | : | |
| Respondents | : | |

# O R D E R

**AND NOW**, this 1st day of March, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 63), and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The petition for writ of habeas corpus (Doc. 63) is **DENIED**.

2) The Clerk of Court is directed to **CLOSE** this case.

3) There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge